# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PETITIONS FOR REVIEW | : No. 569 Judicial Administration Docket |
| CHALLENGING THE FINAL 2021 | : |
| LEGISLATIVE REAPPORTIONMENT | : |
| PLAN | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of February, 2022, it is **ORDERED** that all Petitions for Review, as well as supporting briefs, challenging the final plan issued by the Legislative Reapportionment Commission on February 4, 2022, are to be received by this Court on or before March 7, 2022. *See* PA.CONST. art. II, §17(d) (relating to appeals from final plans of the Legislative Reapportionment Commission). Petitioners shall effectuate service electronically on the Legislative Reapportionment Commission.

     Any consolidated answer, as well as a consolidated brief, filed by the Legislative Reapportionment Commission, as Respondent, shall be received by this Court on or before 2:00 p.m. on March 11, 2022.

     No reply briefs will be permitted, and no requests for extension of time will be entertained.

     Absent further Order of this Court, the Petitions for Review will be decided on submitted briefs.